# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:      <u>Simms v. Maholick, et al.</u>      :      CIVIL NO. 3:CV-08-0508
                                                 :
Inmate:     Mark Robert Simms                    :      (Judge Kosik)
                                                 :
ID Number:                                       :

## ORDER

On March 20, 2008, Mark Robert Simms, an inmate currently confined at the Luzerne County Correctional Facility, Wilkes-Barre, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the forms required to proceed <u>in forma pauperis</u> in a civil rights case.  By Administrative Order dated March 20, 2008, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in forma pauperis</u> and an authorization form.  Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                          *s/EDWIN M. KOSIK*
                                          United States District Judge

DATE:  April 24, 2008